UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

       Plaintiff,                                  Case No. 18-cr-20151-5
                                                        Hon. Matthew F. Leitman

v.

D5, DIAMOND FIELDS,

       Defendant.

_____/

**ORDER DIRECTING DEFENDANT TO SUPPLEMENT
DEFENDANT'S REQUEST FOR RELEASE (ECF No. 372)**

On November 20, 2018, the Court entered a judgment against Defendant Diamond Fields. (*See* Judgment, ECF No. 276.) The Court sentenced Fields to a prison term of 38 months for wire fraud conspiracy. (*See id.*, PageID.863–864; Rule 11 Plea Agreement, ECF No. 200.)

In a letter dated April 10, 2020, Fields wrote the Court to request her release. (*See* Letter, ECF No. 372, PageID.1412.) Fields seeks release because, among other things, her mother – who is currently taking care of Fields' children – is recovering from surgery and unable to care for the children. Fields also notes that several of her family members have been diagnosed with COVID-19 and are unable to help care for her mother or her children. Accordingly, Fields asks to be released to help care for her family. (*See id.*)

Fields' request is in the nature of a request for compassionate release under 18 U.S.C. § 3582(c)(1)(A). Fields, however, has not provided the Court with enough information to fully evaluate her request. In particular, the Court requires more information

1

before it can determine whether Fields' release may be justified due to the "incapacitation of the caregiver of [Fields'] minor children." U.S.S.G. § 1B1.13(1)(C)(i).

To determine if Fields is eligible for release under Section 3582(c)(1)(A), the Court **HEREBY DIRECTS** Fields to supplement her request for release by providing the Court with further information about:

- Her mother's specific condition, her mother's recovery time from surgery, and how her mother's condition prevents her mother from being able to care for Fields' children (including providing her mother's medical records if available);

- Who is available to care for her children, if anybody;

- How old her children are;

- What her circumstances in custody are; and

- Any other extraordinary or compelling reason for why release is appropriate in her circumstance.

**IT IS SO ORDERED**.

                                          s/Matthew F. Leitman  
                                          MATTHEW F. LEITMAN  
                                          UNITED STATES DISTRICT JUDGE

Dated: May 11, 2020

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on May 11, 2020, by electronic means and/or ordinary mail.

                                          s/Holly A. Monda  
                                          Case Manager  
                                          (810) 341-9761