6/15/20

Dear Judge Leitman, My name is Diamond Fields im writting this letter regarding my compasenet release. You required my circumstances while incarcarated, im currently in the drug program called Raapt & FIT, i have no incedent reports. I have asthma which is a high risk health condition during covid 19, and i am currently doing well within chronic care here in hazelton so that i can go home healthy and take care of my family. You asked for my mom medical records which we are trying our best to get but things are moving a little slow during this time. Your honor i would also like to bring up the fact that my mom health condition is also high risk due to the blood clogs that was found in her lungs so with close family members being diagnost with the caronia virus so there's no one to help with my kids so my mom is trying the best she can with the help of my 7 year old son. Your honor im trying my best to get everything that you asked of me for my compasenet release thank you for your time i really appriciate it.

Diamond Fields



PITTSBURGH PA 150

16 JUN 2020 PM 3 L

7/16/2

Diamond fields # 54479-039
SFF Hazelton
P.O. Box 3000
Bruceton mills, WV 26525

Judge Leitman
600 Church St.
Flint, MI 48502

48502-120099

R E C E I V E D
JUL 15 2020
CLERK'S OFFICE
U.S. DISTRICT COURT