UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

## INDEX OF EXHIBITS

| Exhibit | Description |
|---|---|
| A | Diamond Fields' Medical Records (Filed Under Seal) |
| B | Request to Warden |
| C | Dawn Thames' Medical Records (Filed Under Seal) |
| D | Letter from Ms. Thames' Doctor (Filed Under Seal) |
| E | Projected Release Date |