UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,                         Case No. 18-cr-20151-5

                                           Hon. Matthew F. Leitman

v.

D5, DIAMOND FIELDS,

        Defendant.

_____/

## ORDER GRANTING DEFENDANT'S MOTION
## FOR COMPASSIONATE RELEASE (ECF Nos. 377, 394)

Defendant Diamond Fields is a federal prisoner incarcerated at FCI Hazelton in Bruceton Mills, West Virginia. On October 1, 2020, the Court held a video hearing on Fields' motion for compassionate release. (*See* Mots., ECF No. 377, 394.) For the reasons stated on the record during the hearing, Fields' motion is **GRANTED**.

The custodial portion of Diamond's sentence is reduced to time served. She shall immediately be released from custody. Upon her release, Fields shall travel directly by automobile from FCI Hazelton to her home. Fields and all others with her in the automobile shall wear face masks during the drive. For the first 14 days after Fields arrives at home, she shall remain inside her house. And for the same 14-day period, she shall quarantine within the house – meaning she shall remain in a

1

room that is separate and apart from all other residents of the house to the extent possible.  And when, during the 14-day quarantine period, it is unavoidable for her to be in a separate room, she shall wear a face mask.  Finally, Fields shall contact her supervising probation officer within 48 hours after she first arrives at home.

Also, upon Diamond's release from custody, she shall immediately begin serving the two years of supervised release that the Court imposed in Diamond's Judgment. (*See* Judgment, ECF No. 276, PageID.865.)   The Court adds as a condition of that supervised release that Diamond shall be subject to home confinement (with electronic monitoring) at her residence for four months.  During that period of home confinement, Diamond shall not leave her residence other than for employment, job training, religious services, medical appointments for herself, her children, or her mother, substance abuse and/or mental health treatment programs, taking her children to and from school and/or child care, appointments with counsel, and/or other activities approved in advance by her supervising probation officer.  (Fields may not leave her residence at all during the 14-day quarantine period.)   In all other respects, Fields' original sentence remains unchanged.

**IT IS SO ORDERED**.

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated:  October 1, 2020

2

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on October 1, 2020, by electronic means and/or ordinary mail.

s/Holly A. Monda
Case Manager
(810) 341-9761